

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Estate of Charles W. Sinclair, Deceased

No. 06-22-00055-CV

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 39314). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 22, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk